# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FTX TRADING LTD., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 22-11068 (KBO)<br><br>(Jointly Administered) |
| FTX RECOVERY TRUST,<br><br>    Plaintiff,<br><br>- against -<br><br>THE GOODLY INSTITUTE dba GOODLY LABS,<br><br>    Defendant. | Adv. Pro. No. 24-50212 (KBO)<br><br>**Adv. Ref. Nos. 1 & 22** |

## STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

WHEREAS, on November 8, 2024, Plaintiff FTX Recovery Trust ("Plaintiff") [2] commenced the above-captioned adversary proceeding by filing the *Complaint for Avoidance and Recovery of Transfers Pursuant to 11 U.S.C. §§ 105, 544, 548 and 550 and Del. Code. Ann. Tit. 6, §§ 1304 and 1305* [Adv. D.I. 1] (the "Complaint") against Defendant The Goodly Institute dba Goodly Labs (the "Defendant" and together with the Plaintiff, the "Parties");

WHEREAS, on March 31, 2025, Defendant moved to dismiss the Complaint [Adv. D.I. 22] (the "Motion to Dismiss") and filed an opening brief in support thereof [Adv. D.I. 23];

---

[1] The last four digits of FTX Trading Ltd.'s and Alameda Research LLC's tax identification number are 3288 and 4063, respectively. Due to the large number of debtor entities in these Chapter 11 Cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at https://cases.ra.kroll.com/FTX.

[2] Pursuant to the *Order Granting the FTX Recovery Trust's Omnibus Motion to Substitute Plaintiffs in Adversary Proceedings* [D.I. 29554] and the *Notice of Substitution of Plaintiff* [Adv. D.I. 18], the FTX Recovery Trust is now the proper plaintiff and has substituted in for debtors FTX Trading Ltd., Alameda Research Ltd., West Realm Shires, Inc., and West Realm Shires Services, Inc. that initially filed this action.

WHEREAS, the Parties have conferred and agreed on a briefing schedule to govern remaining briefing on the Motion to Dismiss;

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree, subject to approval by the Court, as follows:

1. Plaintiff shall file and serve its answering brief in opposition to the Motion to Dismiss by or before May 15, 2025.

2. Defendant shall file and serve its reply brief in further support of the Motion to Dismiss by or before June 16, 2025.

3. This Stipulation is without prejudice to the rights of the Parties to seek a further extension and/or continuance as appropriate.

Dated: April 3, 2025

| **LANDIS RATH & COBB LLP** | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
|---|---|
| /s/ *Howard W. Robertson, IV* | /s/ *Daniel A. Mason* |
| Adam G. Landis (No. 3407) | Daniel A. Mason (No. 5206) |
| Richard S. Cobb (No. 3157) | 1313 North Market Street |
| Matthew B. McGuire (No. 4366) | P.O. Box 32 |
| Howard W. Robertson, IV (No. 6903) | Wilmington, DE 19899-0032 |
| 919 Market Street, Suite 1800 | Telephone: (302) 655-4410 |
| Wilmington, Delaware 19801 | Fax: (302) 397-2710 |
| Telephone: (302) 467-4400 | Email: dmason@paulweiss.com |
| Facsimile: (302) 467-4450 | |
| E-mail: landis@lrclaw.com | William A. Clareman |
| cobb@lrclaw.com | Vida J. Robinson |
| mcguire@lrclaw.com | 1285 Avenue of the Americas |
| robertson@lrclaw.com | New York, New York 10019 |
| | Telephone: (212-373-3000 |
| *Counsel for Plaintiff* | E-mail: wclareman@paulweiss.com |
| | virobinson@paulweiss.com |
| | *Counsel for Defendant* |